# BURSOR & FISHER
### P.A.

**1330 AVENUE OF THE AMERICAS**
**FLOOR 32**
**NEW YORK, NY 10019**
www.bursor.com

PHILIP L. FRAIETTA
Tel: **646.837.7129**
Fax: **212.989.9163**
pfraietta@bursor.com

December 9, 2024

*Via ECF*

The Honorable P. Kevin Castel
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007-1312

Re:   *Rios v. Bucket Listers, Inc.*, Case No. 1:24-cv-08843 (S.D.N.Y.)

Dear Judge Castel,

    We represent Plaintiff Meagan Rios in the above-referenced litigation. Pursuant to Rule 1.C of the Court's Individual Practices, we write at the request of Defendant Bucket Listers, Inc. ("Defendant") to respectfully request a forty-five (45) day extension of the date for Defendant to respond to the Complaint. The current due date for Defendant's response to the Complaint is December 17, 2024, and the due date under the proposed extension would be January 31, 2025. This is Defendant's first request for an extension. Defendant's request for an extension is to allow Defendant sufficient time to review the allegations in the Complaint. Plaintiff is not opposed to the extension.

    Additionally, the Court has scheduled an initial pretrial conference for January 31, 2025 at 11:30 a.m. Pursuant to Rule 1.C(vii) of the Court's Individual Practices, Plaintiff writes on behalf of the parties to request an adjournment of the initial conference to a date at least 14 days after the answer would be due, should the Court grant the above-noted request to extend the date for Defendant to respond to the Complaint. This is the first request for an adjournment of the initial conference, and no party opposes this adjournment.

    Thank you for your attention to this matter.

                                  Very truly yours,

                                  Philip L. Fraietta

CC: All counsel of record via ECF